# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 CW 1628

IN THE INTEREST OF D.O. AND D.O.

DEC 19 2019

---

In Re:     The minor children, D.O. and D.O., through counsel, Mental health Advocacy Service, Child Advocacy Program, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. J-9885.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

STAY DENIED. WRIT NOT CONSIDERED. The writ application is untimely.  See Rule 5-3(d) of the Uniform Rules of Louisiana Courts of Appeal.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT